**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JUAN CARLOS LANDEROS QUINTERO, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | ) | No. 2:26-cv-02511-SHL-cgc |
| Respondent. | ) | |

**ORDER REQUIRING SERVICE AND STAYING TRANSFER**

On May 4, 2026, Petitioner Juan Carlos Landeros Quintero filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  Landeros Quintero challenges his "indefinite detention" in the West Tennessee Detention Facility "without a meaningful custody review."  (Id. at PageID 3.)  He seeks immediate release from Respondent's custody.  (Id. at PageID 7.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)	Landeros Quintero shall, within **five days** of this Order, **serve one copy each of the Petition (ECF No. 1) and this Order (ECF No. 6)** on Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street, Suite 800
> Memphis, TN 38103

Additionally, Landeros Quintero shall deliver a copy of this Order to the United States Attorney

for the Western District of Tennessee electronically at the following email address:

**stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2)     Within **five days** after Landeros Quintero fully complies with the above requirement, Respondent shall respond to the Petition in writing.

(3)     Landeros Quintero may file a reply within **two days** after Respondent's responsive filing.

(4)     Respondent shall not transfer Landeros Quintero out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 4th day of May, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2