**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JUAN CARLOS LANDEROS QUINTERO, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | |
| | ) | No. 2:26-cv-02511-SHL-cgc |
| CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, | ) ) ) ) | |
| Respondent. | ) ) | |

**ORDER DIRECTING RESPONDENT TO UPDATE POSITION**

On May 4, 2026, Petitioner Juan Carlos Landeros Quintero filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  Landeros Quintero challenges his "indefinite detention" in the West Tennessee Detention Facility "without a meaningful custody review."  (Id. at PageID 3.)  He seeks immediate release from Respondent's custody.  (Id. at PageID 7.)  On May 11, Respondent responded in opposition to the Petition, noting that the Sixth Circuit had not yet ruled on the issue of whether the detention of a noncitizen in Landeros Quintero's position is governed by 8 U.S.C. § 1225 or § 1226.  (ECF No. 8 at PageID 16 n.2.)

That same day, however, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, --- F.4th ---, 2026 WL 1283891 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing.  Lopez-Campos, 2026 WL 1283891, at *13.

In view of the Sixth Circuit's holding in Lopez-Campos, Respondent is **ORDERED** to update the Court on his position within **two business days**.  If the basis of Landeros Quintero's

detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from <u>Lopez-Campos</u> or state why <u>Lopez-Campos</u> otherwise does not apply.  If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

  **IT IS SO ORDERED,** this 13th day of May, 2026.

        s/ Sheryl H. Lipman
        SHERYL H. LIPMAN
        CHIEF UNITED STATES DISTRICT JUDGE