**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

JUAN CARLOS LANDEROS QUINTERO,   )
      Petitioner,   )
         )
v.   )
         )      No. 2:26-cv-02511-SHL-cgc
CHRISTOPHER BULLOCK, New Orleans   )
Field Office Director of Immigration and   )
Customs Enforcement, Enforcement and   )
Removal Operations,   )
      Respondent.   )

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner's Petition (ECF No. 1), filed May 4, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 13), filed May 18, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 27, 2026
Date